# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEBRA JACKSON o/b/o A.R.,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

Civil Action No. 09-3847

## ORDER

**AND NOW**, this 12th day of August, 2010, upon consideration of the plaintiff's Motion in Support of Review, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, for the reasons provided in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The Report and Recommendation (docket no. 10) is **APPROVED** and **ADOPTED**

2. Plaintiff's motion for summary judgment (docket no 6) is **DENIED**.

3. Judgment is entered in favor of the defendant, **AFFIRMING** the decision of the Commissioner of Social Security, and the relief sought by plaintiff is **DENIED.**

4. The Clerk of Court is hereby directed to mark this case **CLOSED.**

BY THE COURT:

/s/ Louis H. Pollak
Pollak, J.